**IN THE UNITED STATES COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARIA MENAS, Administrator of the Estate of Dimitrios Emmanuel Menas, Deceased, and in her own right, | ) | CIVIL DIVISION |
| | ) | Civil Action No.: 2:23-cv-353 |
| Plaintiff, | ) | *Magistrate Judge Maureen P. Kelly* |
| v. | ) | JURY TRIAL DEMANDED |
| WASHINGTON TOWNSHIP; JARRED KIER; AND JAKE SKUNDA, | ) | |
| Defendants. | ) | |

**JOINT STATEMENT OF UNDISPUTED FACTS**

AND NOW, come the parties, by and through their respective counsel, and in anticipation of Defendants filing a Motion for Summary Judgment, file the within Joint Statement of Undisputed Facts as follows:

1. On July 5, 2021, Officers Jarred Kier and Jake Skunda were on duty, in uniform and driving marked police cars for the Washington Township Police Department.

2. At 12:56 a.m., Officer Kier observed a black Mercedes Benz, Pennsylvania license plate LLS8794 driving on Route 66 in Washington Township.

3. Officer Kier noticed that the car was weaving outside the lanes of travel in a manner indicating that the driver may be driving under the influence.

4. Officer Kier initiated his emergency lights and conducted a traffic stop of the Mercedes Benz, stopping the vehicle on Route 66 near the intersection of Paradise Drive.

5. Officer Kier contacted the driver of the vehicle and smelled a strong odor of intoxicating beverages and his speech was slurred. The driver of the vehicle exited the vehicle as requested and performed field sobriety tests which he did not pass.

6. The driver was identified as Dimitrios Menas.

7. Because of the manner in which Mr. Menas was driving the vehicle, that he had slurred speech and smelled of intoxicants and that he failed the field sobriety tests, Officer Kier arrested Mr. Menas for driving under the influence.

8. During the traffic stop, Officer Skunda arrived as backup at 1:04 a.m.

9. During the traffic stop, Mr. Menas claimed that he had been at a party in Saltsburg where he was forced to drink alcohol, individuals at the party threatened him, forced him to leave and took his gun, shoes and cellphone.

10. During the transportation of Mr. Menas to the Township police station, Mr. Menas was crying and hysterical.

11. At 1:15 a.m., Officer Kier requested that EMS respond to the Washington Township Police Department to conduct a blood draw.

12. Officer Kier transported Mr. Menas to the police department arriving at 1:28 a.m.

13. Officer Skunda remained at the scene of the traffic stop until the Mercedes Benz was towed and then he proceeded to the police station, arriving at 1:35 a.m.

14. At the police station Mr. Menas' blood was drawn by the medics.

15. Officer Kier contacted Maria Menas and spoke to her regarding transporting her son, Dimitrios, home. Officer Kier subsequently transported Mr. Menas home.

16. Mr. Menas was upset about being arrested.

17. As Officer Kier and Officer Skunda were escorting Mr. Menas to the police car to transport him home, Mr. Menas uttered a comment to the effect that he wished that he was dead.

18. Both officers heard the comment and separately asked Dimitrios Menas if he needed help, if he wanted to go the hospital and if he intended to harm himself. Mr. Menas did not want help, did not want taken to the hospital, and denied that he intended to harm himself.

19. Officer Kier transported Mr. Menas from the Washington Township Police Department to 521 Beech Street, Plum Borough, departing the police station at 2:08 a.m.

20. During the transport, Mr. Menas slept until Officer Kier woke him just before arriving at his residence in order to obtain information on the exact location of his residence.

21. Officer Kier arrived at 521 Beech Street, Plum Borough at 2:40 a.m.

22. Officer Kier spoke with Maria Menas upon arrival at her residence and released Dimitrios from custody at that time and cleared the call.

23. Mr. Menas began to strike his head on the plexiglass in the rear of the police car. When Officer Kier opened the car door, Mr. Menas explained that his head was itchy.

24. At 3:32 a.m., the Plum Police were dispatched to a 911 call of a burglary home invasion at 521 Beech Street, Plum Borough.

25. At 3:35 a.m., Mrs. Menas advised Allegheny county 911 that she heard a gunshot coming from her son's bedroom.

26. At 3:37 a.m., the Plum Police arrived on the scene.

27. At 3:40 a.m., Plum Police confirmed for 911 dispatch that there was a male with a gunshot wound to his head.

28. At 4:05 a.m., Allegheny County Police Department Homicide were notified and responded to conduct an investigation.

Respectfully submitted,

**PHIL DiLUCENTE & ASSOCS. LLC**

By: *s/ Kenneth J. Nolan*
Kenneth J. Nolan, Esquire
Pa. I.D. #32422
ken@getphil.com
**Counsel for Plaintiff**
310 Grant Street Suite 1801
Pittsburgh, PA 15219
(412) 281-5005 / (412) 471-7445 Fax

**MARSHALL DENNEHEY, P.C.**

By: *s/ Paul D. Krepps*
Paul D. Krepps, Esquire
Pa. I.D. #73038
pdkrepps@mdwcg.com
Nathan D. Marinkovich, Esquire
Pa. I.D. #317125
ndmarinkovich@mdwcg.com
**Counsel for all Defendants**
501 Grant Street, Suite 700
Pittsburgh, PA 15219
(412) 803-1149 / (412) 803-1188 Fax