IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| MARIA MENAS, ADMINISTRATOR OF THE ESTATE OF DEMETRIOS EMMANUEL MENAS, DECEASED AND IN HER OWN RIGHT;<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON TOWNSHIP, JARRED KIER, AND; AND JAKE SKUNDA,<br><br>Defendants, | 2:23-CV-00353-MJH |

ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in this Court's Opinion (ECF No. 52), the Court adopts in part and rejects in part the Report and Recommendation (ECF No. 47) and grants Defendants, Washington Township, Jarred Kier, and Jake Skunda's, Motion for Summary Judgment (ECF No. 28).  The Clerk shall mark this case closed.

DATED this 31st day of March, 2025.

BY THE COURT:

_____
MARILYN J. HORAN
United States District Judge